oral contracts whereby defendant's testatrix agreed to make certain provisions for plaintiffs by her will.

The following question was certified in each case:

" Is the plaintiff in this action entitled as a matter of right to a jury trial of the issues of fact raised by the pleadings herein? "

*Charles E. Spencer* and *George H. Sears* for appellant.

*James E. Newell* for respondent.

Order in each case affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

In the Matter of the Claim of WILLIAM P. McKEE against CHARLES WHITE et al., Respondents.

THE STATE INDUSTRIAL BOARD, Appellant.

*Workmen's compensation — master and servant — estoppel — election by injured workman to sue third party — dismissal of action for failure to prosecute — estopped from asserting claim for compensation.*

*Matter of McKee* v. *White,* 218 App. Div. 300, affirmed.

(Argued February 21, 1927; decided March 4, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 30, 1926, reversing an award of the State Industrial Board, made under the Workmen's Compensation Law, and dismissing the claim. Claimant on September 18, 1922, sustained injuries resulting in partial loss of use of his right hand. He was then nineteen years of age. He elected to sue a third party, which action was dismissed May 14, 1925, for failure to prosecute, whereupon claimant pressed his claim before the Industrial Board. The Appellate Division held that he was estopped from asserting claim for compensation.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for appellant.

*William B. Davis* and *E. C. Sherwood* for respondents.

Prepared by State Reporter from Appeal Papers

Order affirmed, with costs against State Industrial Board; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ.   Not sitting: KELLOGG, J.

In the Matter of the Claim of ERNEST GENTER against SCHENECTADY AWNING COMPANY et al., Respondents.

THE STATE INDUSTRIAL BOARD, Appellant.

*Workmen's compensation — master and servant — improper award for facial disfigurement.*

*Matter of Genter v. Schenectady Awning Co.*, 217 App. Div. 807, affirmed.

(Argued February 21, 1927; decided March 4, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 28, 1926, reversing an award of the State Industrial Board, made under the Workmen's Compensation Law, and dismissing the claim.   Claimant while setting up a stove pipe was injured by its coming apart and falling, striking him on the bridge of his nose.   The resulting cut healed up leaving a scar upon which an award was made for facial disfigurement.   The Appellate Division reversed on the ground that there was no evidence of serious facial disfigurement.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for appellant.

*William B. Davis* and *E. C. Sherwood* for respondents.

Order affirmed, with costs against State Industrial Board; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ.   Not sitting: KELLOGG, J.